IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABDUL MALIK MUHAMMAD
ADC # 129616                                                                                          PLAINTIFF

v.                              No. 5:12-cv-394-DPM-BD

LARRY MAY *et al.*                                                                              DEFENDANTS

## ORDER

Muhammad has moved to voluntarily dismiss his lawsuit. № 74. Motion granted. FED. R. CIV. P. 41(a)(2). Muhammad's claims are dismissed without prejudice. In the circumstances, the Court declines to assess a strike. The Clerk is directed to close the case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 June 2013