IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABDUL MALIK MUHAMMAD
ADC # 129616                                                                                          PLAINTIFF

v.                                      No. 5:12-cv-394-DPM

LARRY MAY, Chief Deputy Director, ADC;
GAYLON LAY, Warden, Cummins Unit, ADC; and
MARK WARNER, Deputy Warden, Cummins
Unit, ADC                                                                                              DEFENDANTS

JUDGMENT

Muhammad's claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 June 2013